| | |
|---|---|
| 1 | THOMAS M. MCINERNEY, State Bar No. 162055 |
| | tmm@ogletreedeakins.com |
| 2 | SARAH R. NICHOLS, State Bar No. 233099 |
| | sarah.nichols@ogletreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Steuart Tower, Suite 1300 |
| 4 | One Market Plaza |
| | San Francisco, CA  94105 |
| 5 | Telephone:   415.442.4810 |
| | Facsimile:   415.442.4870 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | BLUE MATTER, LLC |

**CHAMBERS COPY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE MATTER, LLC, | Case No. 3:13-cv-05978-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| CAMPBELL ALLIANCE GROUP, INC., and DOES 1 through 20, inclusive, | |
| Defendant. | Complaint Filed: November 26, 2013 |
| | Trial Date: Not Set |

Case No. 3:13-cv-05978-SI

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE

CHAMBERS COPY

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the parties have resolved all issues in the above-referenced action and that the action be and hereby is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure § 41(a)(1) with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

DATED: February 25, 2014          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Thomas M. McInerney
 Thomas M. McInerney
 Sarah R. Nichols

Attorneys for Plaintiff
BLUE MATTER, LLC

DATED: February 25, 2014          SEYFARTH SHAW LLP

By: /s/ James D. McNairy
 James D. McNairy

Attorneys For Defendant
CAMPBELL ALLIANCE GROUP, INC.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: February 25, 2014          By: /s/ Thomas McInerney
 Thomas M. McInerney

**IT IS SO ORDERED.**

DATED: 2/26, 2014

[signature]
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

17198367.2

1                    Case No. 3:13-cv-05978-SI
STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE